# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TERRI STOW,<br><br>　　　　　PLAINTIFF,<br>V.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　　DEFENDANT. | Case No. 1:14-cv-1198<br><br>HON. ROBERT J. JONKER |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned counsel, that Plaintiff's Complaint shall be dismissed with prejudice, and without fees or costs awarded to any party.

Dated: March 5, 2015

GOLDEN LAW OFFICES, P.C.　　　　COLLINS EINHORN FARRELL P.C.


 /s/ B. Thomas Golden　　　　　　　 /s/ Deborah A. Lujan
B. Thomas Golden (P70822)　　　　Deborah A. Lujan (P46990)
Attorney for the Plaintiff　　　　　　Attorney for Defendant
2186 West Main Street　　　　　　　4000 Town Center, Suite 909
P.O. Box 9　　　　　　　　　　　　Southfield, MI 48075
Lowell, Michigan 49331　　　　　　(248) 355-4141
Telephone: (616) 897-2900　　　　　deborah.lujan@ceflawyers.com
Facsimile: (616) 897-2907
btg@bthomasgolden.com

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S
COMPLAINT AGAINST DEFENDANT
<u>WITHOUT FEES OR COSTS TO ANY PARTY</u>**

Pursuant to the parties' stipulation between Plaintiff Terri Stow ("Plaintiff") and Defendant Diversified Consultants, Inc. ("Defendant") filed with this Court, Plaintiff's Complaint, is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

/s/ Robert J. Jonker

Hon. Robert J. Jonker
United States District Court
Western District of Michigan

Dated: March 6, 2015